IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| CRYSTAL GUADIAN-CARDENAS, § | |
| § | |
| Plaintiff, § | |
| § | |
| VS. § | NO. 4:14-CV-313-A |
| § | |
| LTD FINANCIAL SERVICES, L.P., § | |
| § | |
| Defendant. § | |

## FINAL JUDGMENT

Consistent with the motion for dismissal filed by plaintiff, Crystal Guadian-Cardenas,

The court ORDERS, ADJUDGES, and DECREES that all claims and causes of action asserted by plaintiff against defendant, LTD Financial Services, L.P., in the above-captioned action be, and are hereby, dismissed with prejudice.

The court further ORDERS, ADJUDGES, and DECREES that each party bear the costs incurred by that party.

SIGNED June 20, 2014.

_____
JOHN McBRYDE
United States District Judge